# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Norman LaFonte Pryor,** | Case No.  5:20cv2863 |
| Petitioner, | |
| -vs- | JUDGE PAMELA A. BARKER |
| | Magistrate Judge William Baughman |
| **Warden Ronald Erdos,** | |
| Respondent | JUDGMENT ENTRY |

For the reasons stated in the Memorandum Opinion and Order issued this date, Petitioner Norman LaFonte Pryor's Objections (Doc. No. 24) are without merit and overruled.  Respondent's Motion to Dismiss (Doc. No. 16) is GRANTED; Petitioner's Motion for Stay and Abeyance (Doc. No. 8) is DENIED; and the Petition is DISMISSED.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

 *s/Pamela A. Barker*
 PAMELA A. BARKER
Date:  September 17, 2021  U. S. DISTRICT JUDGE